UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT S MILTON,

        Plaintiff,

  v.

F JACQUEZ et al,

        Defendant.

Case Number: CV09-05785 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Milton
T-06653
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Dated: January 7, 2010

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk