United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. MILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. JACQUEZ, Warden; M. CATE, Secretary of the California Department of Corrections and Rehabilitation; C.M. PATTEN, Captain; J. AKIN, Lieutenant; D. W. BRADBURY, Associate Warden; CHAUCER, Sergeant; J. FRISK, Sergeant; C. PARRY, Lieutenant,<br><br>　　　　Defendants.　　　　　　／ | No. C 09-5785 WHA (PR)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE DISPOSITIVE MOTION OR NOTICE THAT SUCH A MOTION IS NOT WARRANTED** |

　　　　Plaintiff, a California prisoner proceeding pro se, has filed a civil rights complaint under 42 U.S.C. 1983. On January 7, 2010, the complaint was ordered served upon defendants F. Jacquez, C.M. Patten, J. Akin, D. W. Bradbury, Chaucer, J. Frisk, C. Parry, and M. Cate. Defendants were ordered to file, within ninety days, a motion for summary judgment or other dispositive motion, or a notice that they are of the opinion that this case cannot be resolved by dispositive motion. On July 7, 2010, defendants filed an answer, but they have not filed either the dispositive motion or the notice that they were ordered to file.

　　　　Within **thirty days** of the date this order is filed, defendants shall file a motion for summary judgment or other dispositive motion, or a notice that they are of the opinion that this case cannot be resolved by dispositive motion. If defendants file the latter notice, this matter

1  will be set for trial and defendants will not have a further opportunity to file a dispositive
2  motion.  A request for a reasonable extension of this deadline will be considered provided that it
3  is accompanied by a showing of good cause and that it is filed before the deadline.

**IT IS SO ORDERED.**

Dated: July __14__, 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\MILTON5785.SCH.wpd

2