IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. MILTON,<br><br>  Plaintiff,<br><br>  v.<br><br>F. JACQUEZ, Warden; M. CATE, Secretary of the California Department of Corrections and Rehabilitation; C.M. PATTEN, Captain; J. AKIN, Lieutenant; D. W. BRADBURY, Associate Warden; CHAUCER, Sergeant; J. FRISK, Sergeant; C. PARRY, Lieutenant,<br><br>  Defendants. | No. C 09-5785 WHA (PR)<br><br>**ORDER TO SHOW CAUSE**<br><br>(Docket No. 24) |

Plaintiff, a California prisoner proceeding pro se, filed a civil rights complaint under 42 U.S.C. 1983. Plaintiff has filed a motion to compel discovery (docket number 24). Within 21 days of the date this order is filed, defendants are ordered to show cause why the motion should not be granted. Defendants' failure to respond to the order within the allotted time will result in the granting of plaintiff's motion. No extensions of time will be granted.

**IT IS SO ORDERED.**

Dated: January __25__, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\MILTON5785.OSC.wpd