UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROBERT MILTON, | No. 3:09-CV-05785 WHA (NJV) |
| Plaintiff, | |
| v. | WRIT OF HABEAS CORPUS <u>AD TESTIFICANDUM</u> |
| F. JACQUEZ, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of ROBERT MILTON, inmate no. T-06653, presently in custody at California State Prison Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: September 28, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, California State Prison Sacramento

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of ROBERT MILTON in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 9:00 a.m. on October 25, 2011, in order that said prisoner may then and there participate in the

SETTLEMENT CONFERENCE in the matter of MILTON v. JACQUEZ, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

    Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: September 28, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: September 28, 2011



2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROBERT MILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>F. JACQUEZ, et al.<br><br>    Defendants.<br>_____/ | No. 3:09-CV-05785 WHA (NJV)<br><br><br>CERTIFICATE OF SERVICE |

    I, the undersigned, hereby certify that on September 28, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Robert Milton
T-06653
California State Prison Sacramento
PO Box 290066
Represa, CA 95671

*Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3