**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ROBERT MILTON,                                    No. 3:09-CV-05785 WHA (NJV)

　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　WRIT OF HABEAS CORPUS
　　　　v.                                          AD TESTIFICANDUM

F. JACQUEZ, et al.,

　　　　　Defendants.
_____/

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of ROBERT MILTON, inmate no. T-06653, presently in custody at California State Prison Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: September 28, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, California State Prison Sacramento

GREETINGS

WE COMMAND that you have and produce the body of ROBERT MILTON in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 9:00 a.m. on October 25, 2011, in order that said prisoner may then and there participate in the

**United States District Court**
For the Northern District of California

1   SETTLEMENT CONFERENCE in the matter of MILTON v. JACQUEZ, et al., and at the termination

2   of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order

3   of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and

4   further to produce said prisoner at all times necessary until the termination of the proceedings for which

5   his testimony is required in this Court;

6          Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

7   for the Northern District of California.

8

9   Dated:  September 28, 2011

10                                              RICHARD WIEKING
                                                CLERK, UNITED STATES DISTRICT COURT
11

12                                              By: Linn Van Meter
                                                     Administrative Law Clerk
13

14

15  Dated: September 28, 2011

16                                              

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    EUREKA DIVISION

4

5
     ROBERT MILTON,                          No. 3:09-CV-05785 WHA (NJV)
6
               Plaintiff,
7
          v.                                 CERTIFICATE OF SERVICE
8
     F. JACQUEZ, et al.
9
               Defendants.
10   _____/

11

12        I, the undersigned, hereby certify that on September 28, 2011, I SERVED a true and correct copy

13   of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,

14   by depositing said envelope in the U.S. Mail.

15

16   Robert Milton
     T-06653
17   California State Prison Sacramento
     PO Box 290066
18   Represa, CA 95671

19

20                                                        *Linn Van Meter*

21                                            _____

22                                                       Linn Van Meter
                                                  Administrative Law Clerk to
23                                                the Honorable Nandor J. Vadas

24

25

26

27

28