UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROBERT MILTON, | No. 3:09-CV-05785 WHA (NJV) |
| Plaintiff, | NOTICE AND ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| F. JACQUEZ, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled in this matter for 9:00 a.m. on October 25, 2011, at Solano State Prison, is HEREBY VACATED due to Plaintiff's status as a SHU inmate. The settlement conference will be reset as the Court's calendar permits.

IT IS SO ORDERED.

Dated: September 29, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ROBERT MILTON,  No. 3:09-CV-05785 WHA (NJV)

    Plaintiff,

  v.  CERTIFICATE OF SERVICE

F. JACQUEZ, et al.,

    Defendants.
_____/

I, the undersigned, hereby certify that on September 29, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Robert Milton
T-06653
California State Prison Sacramento
PO Box 290066
Represa, CA 95671

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2