**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7                     EUREKA DIVISION
8
9    ROBERT MILTON,                    No. 3:09-CV-05785 WHA (NJV)
10              Plaintiff,             ORDER VACATING
                                       WRIT OF HABEAS CORPUS
11        v.                           AD TESTIFICANDUM
12   F. JACQUEZ, et al.,
13              Defendants.
     _____/
14
15        The settlement conference set in this matter for 9:00 a.m. on October 25, 2011, at Solano State
16   Prison, as been vacated.  Accordingly, the writ of habeas corpus ad testificandum issued September 28,
17   2011, for plaintiff's appearance at that settlement conference (docket no. 37) is HEREBY VACATED.
18
19   IT IS SO ORDERED.
20
21
22   Dated: September 29, 2011
                                       _____
23                                     NANDOR J. VADAS
                                       United States Magistrate Judge
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ROBERT MILTON,                                    No. 3:09-CV-05785 WHA (NJV)

        Plaintiff,

    v.                                            CERTIFICATE OF SERVICE

F. JACQUEZ, et al.,

        Defendants.

_____/

       I, the undersigned, hereby certify that on September 29, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Robert Milton
T-06653
California State Prison Sacramento
PO Box 290066
Represa, CA 95671

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

United States District Court
For the Northern District of California