**United States District Court**
For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

EUREKA DIVISION

8
9

ROBERT MILTON,                                              No. 3:09-CV-05785 WHA (NJV)

10

         Plaintiff,                                        ORDER VACATING
                             WRIT OF HABEAS CORPUS

11

      v.                                                        AD TESTIFICANDUM

12

F. JACQUEZ, et al.,

13

         Defendants.
_____/

14
15

     The settlement conference set in this matter for 9:00 a.m. on  October 25, 2011, at Solano State

16

Prison, as been vacated.  Accordingly, the writ of habeas corpus ad testificandum issued September 28,

17

2011, for plaintiff's appearance at that settlement conference (docket no. 37)  is HEREBY VACATED.

18
19

IT IS SO ORDERED.

20
21

Dated: September 29, 2011

22

_____

23

NANDOR J. VADAS
United States Magistrate Judge

24
25
26
27
28

**United States District Court**
For the Northern District of California

1

2                        UNITED STATES DISTRICT COURT

3                       NORTHERN DISTRICT OF CALIFORNIA

4                               EUREKA DIVISION

5

6
ROBERT MILTON,                              No. 3:09-CV-05785 WHA (NJV)
7
                Plaintiff,
8
        v.                                   CERTIFICATE OF SERVICE
9
10   F. JACQUEZ, et al.,

11              Defendants.
     _____/
12

13
        I, the undersigned, hereby certify that on September 29, 2011, I SERVED a true and correct copy
14
of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,
15
by depositing said envelope in the U.S. Mail.
16

17

18   Robert Milton
     T-06653
     California State Prison Sacramento
19   PO Box 290066
     Represa, CA 95671
20

21

22

23

24                                                /s/ Linn Van Meter
25                                           _____
                                                   Linn Van Meter
26                                              Administrative Law Clerk to
                                                the Honorable Nandor J. Vadas

27

28

                                                    2