**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. MILTON, | No. C 09-5785 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| F. JACQUEZ, Warden; M. CATE, Secretary of the California Department of Corrections and Rehabilitation; C.M. PATTEN, Captain; J. AKIN, Lieutenant; D. W. BRADBURY, Associate Warden; CHAUCER, Sergeant; J. FRISK, Sergeant; C. PARRY, Lieutenant, | |
| Defendants. | |

The parties have indicated that this case has settled.  Accordingly, the case is

**DISMISSED**.  If, within **eighty-four (84) days** of the date this order is filed, any party files a

certification sworn under penalty of perjury that the agreed consideration for this settlement has

not been delivered, and serves this notice upon the other party, this order will be vacated and

further proceedings in this case will resume.  If no such certification is received by that time,

judgment will be entered.

   **IT IS SO ORDERED.**

Dated: June  18 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\MILTON5785.DSM.wpd