United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ROBERT MILTON,

        Plaintiff,

   v.

F. JACQUEZ, et al.,

        Defendants.
_____/

No. 3:09-CV-05785 WHA (NJV)

ORDER VACATING
STATUS CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that in light of the stipulation of dismissal filed by the parties on July 19, 2012, the status conference scheduled in this matter for July 24, 2012, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: July 20, 2012

                                              NANDOR J. VADAS
                                              United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROBERT MILTON, | No. 3:09-CV-05785 WHA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| F. JACQUEZ, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on July 20, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Robert Milton
T-06653
California State Prison Sacramento
PO Box 290066
Represa, CA 95671

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2