UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROBERT MILTON, | No. 3:09-CV-05785 WHA (NJV) |
| Plaintiff, | ORDER VACATING STATUS CONFERENCE |
| v. | |
| F. JACQUEZ, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that in light of the stipulation of dismissal filed by the parties on July 19, 2012, the status conference scheduled in this matter for July 24, 2012, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: July 20, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2   UNITED STATES DISTRICT COURT
3   NORTHERN DISTRICT OF CALIFORNIA
4   EUREKA DIVISION
5
6
7   ROBERT MILTON,                                      No. 3:09-CV-05785 WHA (NJV)
                Plaintiff,
8
        v.                                              CERTIFICATE OF SERVICE
9
10  F. JACQUEZ, et al.,
11              Defendants.
    _____/
12
13
        I, the undersigned, hereby certify that on July 20, 2012, I SERVED a true and correct copy of
14
    the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,
15
    by depositing said envelope in the U.S. Mail.
16
17
    Robert Milton
18  T-06653
    California State Prison Sacramento
19  PO Box 290066
    Represa, CA 95671
20
21
22
23
24                                                  /s/ Linn Van Meter
                                                    _____
25                                                  Linn Van Meter
                                                    Administrative Law Clerk to
26                                                  the Honorable Nandor J. Vadas
27
28

2