Rivera & Associates
2180 Harvard Satreet, Ste. 310
Sacramento, California 95815
Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168
Kelly A. Yokley, CSN 192015

Attorneys for Defendants
Secretary Matthew Cate, Warden Francisco Jacquez,
Associate Warden Darin Bradbury, Capt. Cara Patten,
Lt. Joe Akin, Lt. Chad Parry, Sgt. Brian Chauser,
and Sgt. Jeremy Frisk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MILTON, | CASE NO. 3:09-cv- 05785 WHA |
| Plaintiff, | STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(ii)] |
| vs. | |
| F. JACQUEZ, et al., | |
| Defendants, | |

It is hereby stipulated, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by and between the Plaintiff ROBERT MILTON, and Defendants SECRETARY MATTHEW CATE, WARDEN FRANCISCO JACQUEZ, ASSOCIATE WARDEN DARIN BRADBURY, CAPT. CARA PATTEN, LT. JOE AKIN, LT. CHAD PARRY, SGT. BRIAN CHAUSER, AND SGT. JEREMY FRISK by and through their attorney, Jonathan B. Paul, Esq. that the entire action is dismissed with prejudice forthwith. Each side to bear their own attorney's fees and costs.

Dated: July 19, 2012    By  /s/ Robert S. Milton
                            Robert Milton
                            Plaintiff - In Pro Per

| | | |
|---|---|---|
| 1 | Dated: July 17, 2012 | RIVERA & ASSOCIATES |
| 2 | | /s/ Jonathan B. Paul |
| 3 | | JONATHAN B. PAUL<br>Attorney Defendants |
| 4 | | Secretary Matthew Cate, Warden Francisco Jacquez, Associate Warden Darin Bradbury, Capt. |
| 5 | | Cara Patten, Lt. Joe Akin, Lt. Chad Parry, Sgt. Brian Chauser, and Sgt. Jeremy Frisk |

The stipulation of the parties to dismiss having been read and considered,

**IT IS HEREBY ORDERED** that the above-captioned action (Case No. 3:09-cv-05785 WHA) be, and hereby is, dismissed with prejudice forthwith. Each side to bear their own attorney's fees and costs.

Dated: August 24, 2012

_____
UNITED STATES DISTRICT COURT JUDGE