1  Rivera&Associates
2  2180 Harvard Satreet, Ste. 310
   Sacramento, California 95815
3  Tel: 916-922-1200 Fax: 916 922-1303

4  Jesse M. Rivera, CSN 84259
5  Jonathan B. Paul, CSN 215884
   Shanan L. Hewitt, CSN 200168
6  Kelly A. Yokley, CSN 192015

7  Attorneys for Defendants
   Secretary Matthew Cate, Warden Francisco Jacquez,
8  Associate Warden Darin Bradbury, Capt. Cara Patten,
   Lt. Joe Akin, Lt. Chad Parry, Sgt. Brian Chauser,
9  and Sgt. Jeremy Frisk

10            IN THE UNITED STATES DISTRICT COURT
11        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  ROBERT MILTON,                )   CASE NO. 3:09-cv- 05785 WHA
                                  )
13              Plaintiff,        )   STIPULATED DISMISSAL WITH
                                  )   PREJUDICE [FRCP 41(a)(1)(ii)]
14  vs.                           )
                                  )
15  F. JACQUEZ, et al.,           )
                                  )
16              Defendants,       )
                                  )
17  _____)

18      It is hereby stipulated, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

19  Procedure, by and between the Plaintiff ROBERT MILTON, and Defendants SECRETARY

20  MATTHEW CATE, WARDEN FRANCISCO JACQUEZ, ASSOCIATE WARDEN DARIN

21  BRADBURY, CAPT. CARA PATTEN, LT. JOE AKIN, LT. CHAD PARRY, SGT. BRIAN

22  CHAUSER, AND SGT. JEREMY FRISK by and through their attorney, Jonathan B. Paul, Esq.

23  that the entire action is dismissed with prejudice forthwith. Each side to bear their own

24  attorney's fees and costs.

25  Dated: July 19, 2012          By   /s/ Robert S. Milton
26                                     Robert Milton
                                       Plaintiff - In Pro Per
27

28

| | | |
|---|---|---|
| 1 | Dated: July 17, 2012 | RIVERA & ASSOCIATES |
| 2 | | /s/ Jonathan B. Paul |
| 3 | | JONATHAN B. PAUL<br>Attorney Defendants |
| 4 | | Secretary Matthew Cate, Warden Francisco Jacquez, Associate Warden Darin Bradbury, Capt. |
| 5 | | Cara Patten, Lt. Joe Akin, Lt. Chad Parry, Sgt. Brian Chauser, and Sgt. Jeremy Frisk |

The stipulation of the parties to dismiss having been read and considered,

**IT IS HEREBY ORDERED** that the above-captioned action (Case No. 3:09-cv-05785 WHA) be, and hereby is, dismissed with prejudice forthwith.  Each side to bear their own attorney's fees and costs.

Dated: August 24, 2012

_____
UNITED STATES DISTRICT COURT JUDGE